**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ERIC JEROME WOODS
ADC #89709**                                                                 **PLAINTIFF**

**V.**               **CASE NO. 4:10CV01048 SWW-BD**

**GRANT HARRIS,** *et al.*                                             **DEFENDANTS**

### **ORDER**

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the recommendation, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.[1]

Plaintiff's Complaint (docket entry #2) is DISMISSED WITH PREJUDICE. This dismissal will count as a "strike" for purposes of 28 U.S.C. § 1915(g). The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and would not be taken in good faith.

IT IS SO ORDERED, this 20th day of August 2010.

                                                           /s/Susan Webber Wright

                                                           UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff's motion to amend his "pleadings" [doc.#8], which fails to set forth any reasons for granting leave to amend, is denied.