# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

**ERIC JEROME WOODS**
**ADC #89709** **PLAINTIFF**

**V.** **CASE NO. 4:10CV01048 SWW-BD**

**GRANT HARRIS,** *et al.* **DEFENDANTS**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE.

The Court certifies, under 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this Judgment and the accompanying Order would not be taken in good faith.

IT IS SO ORDERED this 20th day of August 2010.

/s/Susan Webber Wright
UNITED STATES DISTRICT JUDGE